UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY A. JACKSON,<br><br>    Plaintiff,<br><br>  v.<br><br>PEGGY THOMAS,<br><br>    Defendant. | CASE NO. CV 02-7227-TJH (PJW)<br><br>ORDER ACCEPTING REPORT AND ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

  Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings on file, and the Report and Recommendation of United States Magistrate Judge and has considered *de novo* the portions of the Report as to which objections have been filed. The Court accepts the Magistrate Judge's Report and adopts it as its own findings and conclusions.

  DATED:  <u>March 25, 2011</u>.

                _____
                TERRY J. HATTER, JR.
                UNITED STATES DISTRICT JUDGE