UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LARRY A. JACKSON, | ) | Case No.  WD CV 02-7227-TJH (PJW) |
| Plaintiff, | ) ) ) | J U D G M E N T |
| v. | ) ) | |
| PEGGY THOMAS, | ) ) | |
| Defendant. | ) ) | |

    Pursuant to the Order Accepting Report and Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that the action is dismissed with prejudice.

DATED: May 15, 2012

_____
TERRY J. HATTER, JR.
UNITED STATES DISTRICT JUDGE